UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETHANY CHRISTIAN SERVICES, et al.,

        Plaintiffs,                     Case No. 1:24−cv−00922−JMB−PJG

v.                              Hon. Jane M. Beckering

SUSAN CORBIN, et al.,

        Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above−captioned case was electronically filed in this court on September 9, 2024 .   The case has been assigned to Jane M. Beckering .
      The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A <u>form</u> for this purpose is available on the court website at www.miwd.uscourts.gov.

                                                    CLERK OF COURT

Dated:   September 10, 2024        By:   /s/ E. Siskind_____
                                                       Deputy Clerk