# Exhibit A

**Michigan Department of Labor and Economic Opportunity (LEO)**
**Office of Global Michigan (OGM)**
**REQUEST FOR PROPOSAL (RFP)**

**Service Title:** Refugee Social Services

**Anticipated Begin Date:** 10/01/2024
**Anticipated End Date:** 09/30/2027
**RFP Number:** RSS25-0001

**Funding Type:** Refugee Social Services (RSS) & Afghanistan Supplemental Appropriation (ASA)
**Fiscal Year:** 2024 – 2025
**Estimated Total Funding:** $5,000,000
**Estimated Average Award:** $500,000
**Award Ceiling:** $1,000,000
**Award Floor:** $50,000

**Agreement Type:** Actual Cost Reimbursement

**Proposal Submission:** Proposals and subsequent attachments must be submitted via email to LEO-RefugeeServices@michigan.gov by 11:59 p.m. EDT, July 26th, 2024 (Section I.2).

**Geographic Area:** Statewide – Bidders should propose service areas.

**Disqualifying Criteria:**
The Bidder will be disqualified and the proposal will not be reviewed if any of the following:
- Bidder does not submit a completed proposal on, or before, 11:59 p.m. EDT July 26th, 2024.
- Bidder does not stay at or below the award ceiling amount of $1,000,000.
- Bidder's completed proposal exceeds 40 pages total, including all of section III2.1 – 4.2b.
- Bidder is determined to be ineligible for the funding (Section I.4).

**Additional Information:**
If your agency has questions, please email LEO-RefugeeServices@michigan.gov by 12:00 p.m. (noon) EDT July 17th, 2024.
If you need an accommodation to complete this form, please email LEO-RefugeeServices@michigan.gov

Authority: P.A. 2080 of 1939
Completion: Mandatory
Penalty: Agreement Invalid

The Michigan Department of Labor and Economic Opportunity (LEO) will not discriminate against any

individual or group because of race, religion, age, national origin, color, height, weight, marital status, sex, sexual orientation, gender identity or expression, political beliefs, or disability. If you need help with reading, writing, hearing, etc., under the Americans with Disabilities Ace, you are invited to make your needs known.

## Section I: PROPOSAL OVERVIEW

1.  <u>Instructions for Bidders</u>
    Bidders shall complete Section III – Proposal, and submit additional pages, if necessary, not to exceed a total of 40 pages. When adding additional pages, the related subsection should be indicated at the top of the page with an attachment number. The pages should be numbered in sequence under each attachment. (For example, Subsection 2: Experience & Past Performance, Attachment 1, page 1 of 4, page 2 of 4, etc.). Bidders are expected to use the form and format provided in Section III to complete the proposal. Font size should be no smaller than 12-point.

2.  <u>Delivery of Proposal</u>
    The Bidder must submit their proposal, attachments (if any), and modifications or withdrawals via email to LEO-RefugeeServices@michigan.gov. Proposals submitted in person, by mail, or by fax will not be considered for award. <u>The Bidder must submit their proposal in Microsoft Word format.</u> The proposal and attachments must be emailed by 11:59 p.m. EDT July 26th, 2024. Bidder's failure to submit a proposal as required may result in disqualification of proposal.

3.  <u>RFP Questions</u>
    Questions regarding the content of this RFP must be emailed to LEO-RefugeeServices@michigan.gov, on or before 12:00 p.m. (noon) EDT July 17th, 2024. No questions will be responded to if emailed after the deadline. LEO staff are not allowed to respond to questions regarding the content of the RFP that are made via telephone or virtual meeting.

4.  <u>Bidder Eligibility</u>
    Any organization or agency that serves or wishes to serve foreign-born populations may apply for this funding. The organization does not need to have a history of working with foreign-born populations. See Section II.2 for eligible populations. Non-governmental organizations must be a registered 501c3 nonprofit. Bidders are not required to have a history of funding with LEO-OGM to be eligible for this RFP.

    State of Michigan employees may not act as Bidders. Proposals from Bidders who are current state of Michigan employees will be disqualified and will not be reviewed. Policy in Civil Service Rule 2-8, Ethical Standards and Conduct, states an employee cannot represent or act as an agent for any private interests, whether for compensation or otherwise, in any transaction in which the state has a direct and substantial interest and which could reasonably be expected to result in a conflict between the employee's private interests and official state responsibilities.

5.  <u>Bidder Assurance</u>
    By submitting a proposal, the Bidder assures that:

    a. This RFP has been reviewed by the Bidder organization's governing body, and that body has authorized submission of the proposal.

    b. The person identified below as "Representative" has been authorized by the bidding organization's governing body to represent the organization for the purposes of the submission of a proposal and agreement negotiation.

    c. The bidding organization intends to provide services according to the information contained in this RFP, if selected and issued an agreement to do so.

6. <u>Evaluation Criteria & Process</u>

The maximum number of points that a proposal can receive is 100 points. The maximum number of points for each of the categories is as follows:

1. Bidder Information: Not Scored
2. Experience & Past Performance: 15 points
3. Program Design: 65 points
4. Program Budget Narrative: 20 points

    Total Points Possible: 100 points

Proposals will be evaluated by a grant review committee. No information will be provided regarding the makeup of the grant review committee. Only those proposals receiving a score of 80 points or more will be considered for the award. All qualified proposals will be evaluated based on rating criteria identified in the proposal (Section III).

7. <u>LEO Reservations</u>

LEO reserves the right to:

    a. Conduct an on-site visit to tour and inspect the Bidder's facilities, require an oral presentation of the Bidder's proposal, conduct interviews with Bidders, or request additional concessions at any point during the evaluation process. If it is determined that a Bidder purposely or willfully submitted false information, the Bidder will not be considered for award, LEO may pursue debarment of the Bidder, and any resulting agreement that may have been established may be terminated.

    b. Modify the RFP at any time prior to the deadline submission date. Changes will be posted on https://www.michigan.gov/ogm via a "proposal amendment." This is the only method by which the RFP may be modified. Amendments posted before the deadline submission date may include documentations such as questions and answers, revisions, and/or clarifications to the initial RFP. Amendments posted after the deadline submission date may include documentation such as the award recommendation letter.

    c. Issue a request ("Clarification Request") to the Bidder to clarify its proposal. Failure to respond to a Clarification Request by the deadline specified in the request may be cause for disqualification.

d. Consider all proposals received property of LEO.

e. Not award an agreement if it is determined in its sole discretion that contracting with or awarding a grant to a Bidder presents an unacceptable financial risk to LEO.

f. Establish the criteria by which it will evaluate each Bidder's response, and by which it will determine the most responsive, capable, and qualified Bidder(s).

g. Discontinue the RFP process at any time for any or no reason. The issuance of an RFP, preparation, and submission of a proposal, and LEO's subsequent receipt and evaluation of a proposal does not commit LEO to award an agreement, even if all the requirements in the RFP are met.

h. Consider late proposals: (i) if no other proposals are received; (ii) if there are no complete proposals received; (iii) if LEO received complete proposals, but they did not pass the evaluation process; or (iv) if the award process fails to result in an award.

i. Consider an otherwise disqualified proposal if no other qualified proposals are received.

j. Disqualify a proposal based on the information provided or if it is determined that a Bidder purposely or willfully submitted false information in response to the RFP.

k. Consider Bidders' prior performance with the state of Michigan in making its award decision.

l. Consider overall economic impact to the state of Michigan when evaluating the proposal pricing and in the final award recommendation. This includes, but is not limited to considering principal place of performance, number of Michigan citizens employed or potentially employed, dollars paid to Michigan residents, Michigan capital investments, job creation, tax revenue implications, economically disadvantaged businesses, etc.

m. Consider total cost of ownership factors (e.g., transaction costs, training costs, etc.) in the final award recommendation.

n. Refuse to award an agreement to any Bidder that has failed to pay state of Michigan taxes or has any outstanding debt with the state of Michigan.

o. Enter negotiations with one or more Bidders on price, terms, technical requirements, or other deliverables.

p. Award multiple, optional use agreements, or award by agreement activity.

q. Evaluate the proposal outside the scope identified in Section I.6 if LEO receives only one RFP response.


8. <u>Proposal Protest</u>

If a bidder wishes to initiate a protest of the award, they must submit a written protest to LEO-RefugeeServices@michigan.gov no later than 5:00 p.m., five business days after receiving the Award Announcement. The State reserves the right to adjust this timing and will publish any change. Additional information about the protest process is available at www.michigan.gov/micontractconnect under the "Programs and Policies" link.

9.   General Proposal Conditions

The State of Michigan will not be liable for any costs incurred by the Bidder in preparation of its proposal, delivery of a proposal, and any follow-up discussions with the state of Michigan. The Bidder agrees that its proposal will be considered an offer to do business with the state of Michigan in accordance with the provisions of its proposal, including the Standard Terms, and that the proposal will be irrevocable and binding for a period of 90 calendar days from date of submission. If a grant is awarded to the Bidder, the state of Michigan may, at its option, incorporate all or any part of the proposal into a grant. This RFP is not an offer to enter a grant. This RFP may not provide a complete understanding of the State of Michigan's environment or contain all matters upon which an agreement must be reached.

10.   Freedom of Information Act

Under MCL 18.1261(13)(b), records containing "a trade secret as defined under section 2 of the uniform trade secrets act, 1998 PA 448, MCL 445.1902, or financial or proprietary information" are exempt from disclosure under FOIA. And under MCL 18.1470(3), "proprietary financial and accounting" information is also exempt from disclosure under FOIA. If information within a Bidder's proposal falls under the aforementioned exemptions, and the Bidder seeks to have it withheld from disclosure under FOIA, then by the proposal deadline, the Bidder must: (1) save exempt information in a separate file (i.e., document); (2) name the file/document "FOIA-EXEMPT"; (3) label the header of each page of the file/document "Confidential–Trade Secret," "Confidential–Financial," or "Confidential–Proprietary" as applicable; (4) clearly reference within the file/document the RFP schedule, section, and page number to which the exempt information applies; and (5) verify within the FOIA-EXEMPT file/document that the information meets the FOIA exemption criteria. The State reserves the right to determine whether information designated as exempt by a Bidder falls under the FOIA exemptions. Resumes, pricing, and marketing materials are not trade secrets or financial or proprietary information. Do not identify your entire proposal as "FOIA-EXEMPT," and do not label each page of your proposal "Confidential."  If a Bidder does so, the State may require the Bidder to resubmit the proposal to comply with steps (1) – (5) above. The State reserves the right to disqualify a Bidder for failure to follow these instructions.

11.   Resulting Agreement

In the event of an agreement resulting from this RFP:

    a.   Record Keeping: Grantees must maintain appropriate case records and procedures to document the delivery of Refugee Social Services (RSS) to clients in the Office of Global Michigan's Data Management System (DMS). Client case records shall include (but are not limited to):

        i.   Verification and documentation of client eligibility for receipt of services prior to providing services, and maintenance in each client case record of appropriate forms which document immigration status, date of entry into the U.S., and alien number.

        ii.   Completion of a Refugee Family Self-Sufficiency Plan (RFSSP).

        iii.   Documentation of RSS services and resources used.

    iv.  Documentation of attendance at workshops, support groups, etc., offered through RSS.

    v.  Any other case notes or relevant information related to RSS.

b.  <u>Reporting</u>: The Grantee shall submit to LEO-OGM semi-annual reports that indicate the status and effectiveness of activities performed under the grant, as indicated below.

    i.  Statistical data, activities, challenges, and accomplishments regarding clients served and any other measured outcomes relevant to the proposed program as identified in the Bidder's proposal. General program activities shall be reported in narrative format. This may include identified progresses, client success stories, accomplishments and new initiatives, and challenges and emerging issues.

    ii.  The Grantee shall report all RSS activities utilizing the Refugee Data Management System (DMS). Agency users will be registered for MiLogin to access the DMS.

    iii.  The Grantee shall submit monthly invoices, including ledgers as supporting documentation of expenses incurred and invoiced, and supporting documentation of specific assistance to include clients' names, dollar amounts received, date of specific assistance issuance, and utilization of specific assistance.

    iv.  The Grantee shall comply with all reporting procedures established by LEO-OGM in completion of progress reports at time intervals, on forms, in formats, and by means specified by LEO-OGM. Any additional reports as deemed necessary by LEO-OGM shall be made and submitted by the Grantee upon request.

c.  <u>Monitoring</u>: LEO-OGM will review RSS activities through routine monitoring to ensure Grantees are in compliance with state requirements, and services provided are in alignment with funding requirements. During monitoring, LEO-OGM will assess how services are provided, identify promising practices, and observe trends for further analysis and information sharing.

d.  <u>Standard Terms</u>: Awards made resulting from this RFP will require execution of an agreement with LEO. The agreement will contain standard terms. An example of Standard Terms can be requested.

e.  <u>Audits</u>: No financial audit is required under this Agreement by LEO. No financial audit costs should be billed to this Agreement. In the event the Grantee elects to have a financial audit performed, the submission of the report to LEO is not required nor desired unless there is a finding of a Going Concern. LEO has the option to perform audits, if requested.

f.  <u>Criminal Background Check</u>: If the resulting Agreement will be with an individual, LEO will complete the criminal background check on the Grantee, and the following language will be included in the Agreement:
*"As a condition of this Agreement, the Grantee shall notify LEO in writing of criminal convictions (felony or misdemeanor), pending felony charges, or placement on the Central Registry (CR) as a perpetrator, at hire or within 10 days of the event after hiring."*

Otherwise, the following language will be included in the Agreement:
*"As a condition of this Agreement, the Grantee certifies that the Grantee shall, prior to any individual performing work under this Agreement, conduct or cause to be conducted an Internet Criminal History Access Tool (ICHAT) check and a national and state sex offender registry check for each new employee, employee, subgrantee, subgrantee employee or volunteer who, under this Agreement, works directly with clients or has access to client information."*

The ICHAT website address is http://apps.michigan.gov/ichat. The Michigan Public Sex Offender Registry website address is http://www.mipsor.state.mi.us. The National Sex Offender Public website address is http://www.nsopw.gov.

Prior to any individual performing work under a resulting Agreement the Grantee must certify that they will conduct or cause to be conducted a Central Registry (CR) check for each new employee, employee, subgrantee, subgrantee employee, or volunteer who, would work directly with children. Information about CR can be found at http://www.mi.gov/dhs/0,1607,7-124-5452_7119_48330-180331--,00.html.

Prior to any individual performing work under a resulting Agreement the Grantee must require each new employee, employee, subgrantee, subgrantee employee, or volunteer who would work directly with clients or who would have access to client information, to notify the Grantee in writing of criminal convictions (felony or misdemeanor), pending felony charges, or placement on the CR as a perpetrator, at hire or within 10 days of the event after hiring.

Prior to any individual performing work under a resulting Agreement the Grantee must not submit claims for, or assign duties, under this Agreement to any new employee, employee, subgrantee, subgrantee employee, or volunteer based on a determination by the Grantee that the results of a positive ICHAT and/or a CR response or reported criminal felony conviction or perpetrator identification make the individual ineligible to provide the services.

The Grantee must have a written policy describing the criteria on which its determinations shall be made and must document the basis for each determination. The Grantee may consider the recency and type of crime when deciding. Failure to comply with this provision may be cause for immediate cancellation of this Agreement. In addition, the Grantee must further have a clearly defined written policy regarding acceptable screening practices of new staff members and volunteers who have direct access to clients and/or clients' personal information. These screening practices serve to protect the organization and its clients. The Grantee must also assure that any subgrantees have both written policies.

If LEO determines that an individual provided services under this Agreement for any period prior to completion of the required checks as described above, LEO may require repayment

of that individual's salary, fringe benefits, and all related costs of employment for the period that the required checks had not been completed.

g. <u>Subgrantees</u>: If sub-granting:
   i. The Bidder must identify the services the subgrantee will perform and provide all information requested, as it applies to both the Bidder and the subgrantee(s).
   ii. Subgrantees shall be subject to all conditions and provisions of the agreement including Internet Criminal History Access Tool (ICHAT) and Central Registry background checks, when applicable.
   iii. The Grantee must obligate the subgrantees to maintain the confidentiality of LEO client information in conformance with state and federal requirements.
   iv. The Grantee is responsible for the performance of any subgrantees who are held to the same standard of quality and performance as the Grantee. Evaluators of proposals will consider the qualifications of both the Grantee and subgrantee when making agreement award recommendations.
   v. LEO may, at its discretion, require information on the process of an awarded subgrantee proposal.

h. <u>E-Verify</u>: Section 291 of the fiscal year 2017 Omnibus Budget, PA 268 of 2016, requires verification that all new employees of the Grantee and all new employees of any approved subgrantee, working under this agreement, are legally present to work in the United States. All Grantees shall perform this verification using the E-Verify system (http://www.uscis.gov/portal/site/uscis).

i. <u>State Administrative Board</u>: The State Administrative Board must approve all grants more than $500,000. The decision of the State Administrative Board is final; however, approval does not constitute a grant. The award process is not complete until the awarded Grantee receives a properly executed grant.

j. <u>Non-Discrimination & Diversity, Equity, and Inclusion</u>: Non-Discrimination & Diversity, Equity, and Inclusion Practices Under the Elliott-Larsen Civil Rights Act, 1976 PA 453, MCL 37.2101, et seq., and the Persons with Disabilities Civil Rights Act, 1976 PA 220, MCL 37.1101, et seq., and per Executive Directive 2019-9, the Grantee and its subgrantees agree not to discriminate against an employee or applicant for employment with respect to hire, tenure, terms, conditions, or privileges of employment, or a matter directly or indirectly related to employment, because of race, color, religion, national origin, age, sex, height, weight, marital status, partisan considerations, or a disability or genetic information that is unrelated to the person's ability to perform the duties of a particular job or position. Breach of this covenant is a material breach of this Grant.

   a. Additionally, OGM requires the following:

   i. When developing and implementing hiring policies, the grantee will create opportunities to employ staff that represent the cultural, national origin, and religions of the newcomer populations being served under this agreement.

  ii. Provide DEI training opportunities for staff, volunteers, contractors, and subgrantees, and at minimum require every staff to complete the State of Michigan's Implicit Bias Training or comparable training approved by OGM.

 iii. When developing new programming, ensure that all ORR-eligible populations, regardless of race, religion, gender identity, sexual orientation, disability, or other characteristic(s), receive fair treatment, access, and opportunity under this agreement.

 iv. Review existing programming to identify and eliminate barriers that may prevent full participation in services under this agreement.

  v. Practice inclusion through purposeful collaboration and engagement with ethnic communities and stakeholders to create best practices and service design and delivery, through language, visual art, symbols, or any other methods of communication to ORR-eligible populations.

     1. Welcoming spaces may include visuals of LGBTQ+ safe space symbols, flags from countries, cultural art, "You are welcome here" signs in multiple languages, etc.

**Section II: DESCRIPTION OF SERVICE SPECIFICATIONS**

1. <u>Purpose</u>

   Refugee Social Services (RSS) funds this program and is intended to assist eligible populations with preparing, applying, obtaining, retaining, and upgrading employment in the American workforce to achieve self-sufficiency. The funding is also intended to assist eligible populations with successfully socially integrating into their new communities.

   Note: Grantees who apply and are awarded for the employment preparation and placement component/option of this grant will serve as the Employment and Training Refugee Contractor for Refugee Cash Assistance (RCA) recipients in their region.

2. <u>Eligible Populations</u>

   Populations eligible to be served with this award include individuals who are eligible for services under ORR's Refugee Resettlement Program, who are within their first five years of U.S. arrival. The following website can utilized for details and descriptions on client eligibility, https://www.acf.hhs.gov/orr/policy-guidance/status-and-documentation-requirements-orr-refugee-resettlement-program.

3. <u>Program Design</u>

   Award of the grant will be considered for programs designed with innovative approaches toward addressing unique employment and/or social integration challenges identified in the Bidder's community. Consideration will be given to Bidders who propose programs that:

   a. Include one or more of the target areas: Case Management, Job Development, Employment Preparation, Job Placement, Social Integration, and Transportation (Section II.4). Bidders are encouraged to develop their own approaches.

   b. Incorporate sustainable, community-backed practices for long term growth.

      i. Utilize already existing resources, programs, and technical assistance support, such as Switchboard, university research centers, etc.

      ii. Propose collaborations with existing established refugee service providers.

      iii. Tap into and propose collaborations with partners who may mutually benefit from and broaden your network, such as your local school district/individual schools, community faith-based and/or ethnic organizations, local Michigan Works Agencies, etc.

   c. Are client centered and multi-generational.

   d. Are culturally, and linguistically informed and appropriate.

   e. Practice inclusion, through purposeful collaboration and engagement with ethnic communities to inform service design and delivery.

      i. Ensure that all eligible participants, regardless of race, religion, gender identity, sexual orientation, disability, or other characteristic(s), receive fair treatment, access, and opportunity.

      ii. Prioritize eligible individuals in the following order:

Refugee Support Services RFP

      a. Refugees who arrived in the U.S. within the past twelve months

      b. Refugees who are recipients of any government cash assistance program

      c. Refugees who arrived without reception and placement services.

      d. Unemployed refugees who are not recipients of any government cash assistance program

      e. Employed refugees, who are not recipients of any government cash assistance program, who need services to retain employment or to attain economic independence.

    iii. Identify and eliminate barriers that may prevent the full participation of some groups.

This RFP is comprised of two funding types. Bidders may propose services using one or both funding types. Individuals may concurrently participate in more than one type of RSS service, assuming they meet funding eligibility requirements. See Section II.6 for funding breakdown.

Refugee Social Services (RSS) Funding Types:

RSS base funding includes all ORR-eligible populations: This funding can be used for all ORR-eligible populations, including Afghan Nationals who are ORR-eligible.

Afghanistan Supplemental Appropriation (ASA) includes ORR-eligible Afghan nationals: This funding can only be used for Afghan Nationals who are ORR-eligible under the Afghanistan Supplemental Appropriation.

Bidders can propose <u>multiple programs</u> using all or one of the funding types. For example, Bidders can propose:

**a. One program that utilizes one funding type.**
   i. For example, an employment training workshop for all refugees (RSS only).
      ▪ Bidder would submit <u>one proposal</u> and <u>one budget</u>.

**b. Two programs that utilize one funding type.**
   i. For example, an employment training workshop and a financial literacy workshop for all Afghans clients who qualify under ASA (ASA only)
      ▪ Bidder would submit <u>one proposal</u> and <u>one budget.</u>

**c. One program that utilizes both funding types.**
   i. For example, an employment training workshop for all refugees including Afghan clients (RSS & ASA).
      ▪ Bidder would submit <u>one proposal</u> with clear distinction in the identified need and target population (Question 3.1).
      ▪ Bidder would submit <u>two budgets</u>, one for each funding type.

**d. Two programs that utilizes both funding types.**
   i. For example, an employment training workshop and a financial literacy workshop for all refugees (RSS & ASA)
      ▪ Bidder would submit <u>one proposal</u> with clear distinction in the identified need and target populations (Question 3.1).

▪ Bidder would submit <u>two budgets</u>, one for each funding type.

4. <u>Supported Activities</u>

Proposed activities may contribute to one or more of the target areas listed below. Suggested examples are also provided below.

**Bidders are not required to design programs addressing all of the supported activities below.**

**Bidders may also propose other activities that meet the purpose (Section II, 1.) of this request in their workplan.**

Note: completion of a Refugee Family Self-Sufficiency Plan (RFSSP) is a federal requirement for client participation in any RSS-funded program.

**If bidding for employment program activities, completion of the following are state and federal requirements for employment programs:**

- Completion of an Individual Employability Plan (IEP) for client participation in the Refugee Employment Program (RES) program.
- Receiving referrals from Michigan Department of Health and Human Services (MDHHS) and ensuring compliance with RCA Employment and Training requirements.
- Compliance with BEM 230C, BEM 233C, and BEM 630. Policies can be found: https://dhhs.michigan.gov/OLMWeb/ex/BP/Public/BEM/000.pdf#pagemode=bookmarks

<u>Target Areas</u>

**a.  Case Management**

i. Provide experienced and credentialed case managers to deliver culturally and linguistically appropriate services to refugees.

ii. Refer each adult to the appropriate components of service, to eliminate barriers to employment and community integration.

**b.  Job Development**

i. Provide experienced and credentialed job developers to partner with local employers to streamline the employment placement process.

ii. Work with employers to eliminate barriers to job retention and job upgrade.

    iii.   Educate employers on the benefits of hiring refugees.

    iv.   Assist employers with facilitating workshops and English classes on-site at the employers' facilities.

**c.  Employment Preparation**

    i.   Assist clients with being prepared to enter the American workforce by providing employment preparation classes, job skills classes, helping refugees obtain their employment authorization documents (EADs), etc.

**d.  English for Speakers of Other Languages (ESOL)**

    i.   Provide services designed to improve English skills of limited English proficiency clients. This may include reading, writing, and speaking skills. The emphasis shall be placed on English as it relates to obtaining and retaining a job.

    ii.   Provide services designed to improve English skills of limited English proficiency clients. This should include reading, writing, and speaking skills that are not currently available in the community or in partnership or collaboration with an organization who provides this service.

**e.  Social Adjustment Services**

    i.   Provide payment or provision of initial mental health screenings. As a result of this screening, the Grantee shall refer the client to long-term, ongoing behavioral health services as needed.

    ii.   Provide instruction to clients in financial literacy, especially management of household budgets. Provide the tools and financial education needed to make informed decisions concerning money management.

    iii.   Assist the client with obtaining the following documents as necessary:

        1.  Permanent Residency Cards
        2.  Naturalization/Citizenship Documents

**f.  Interpretation/Translation Services**

    i.     Provide interpretation and translation services in connection with any service provided through this grant, or for any communication in which the refugee client requires assistance, as needed.

**g.  Transportation Services**

    i.     Provide, arrange, or secure transportation services, when necessary, in connection with clients' participation in any service provided through this grant.

        1.   The payment for transportation services for employment, employment-related activities, health and wellness services, social integration-related activities, etc.

        2.   The provision of transportation services via a fleet of vans or other multi-passenger transit supply for purposes of transportation to employment, employment-related activities, health and wellness services, social integration-related activities, etc.

        3.   The coordination and/or scheduling of transportation to employment, employment-related activities, health and wellness services, social integration-related activities, etc.

    ii.    Provide services or trainings to increase clients' transportation self-sufficiency.

**h.  Additional Suggested Activities may include but are not limited to:**

    i.     Familiarize or instruct the client regarding their community, including but not limited to housing, neighborhoods, local grocery stores, public transportation, etc.

    ii.    Instruct the client in understanding important documents/communications they receive including bills, MDHHS communications, school communications, etc.

    iii.   Instruct and assist the client in reporting relevant changes to agencies that oversee their government assistance benefits, including the Michigan Department of Health and Human Services, the Social Security Administration, etc.

iv.  Assist clients with obtaining immigration documents including but not limited to permanent residency cards and naturalization documents, citizenship documents, etc.

v.  Assist clients with housing and tenant education, supporting housing stability and opportunities for long-term home ownership where applicable/appropriate.

vi.  Assist clients with obtaining a driver's license.

vii.  Supporting Ethnic Community-Based Organization (ECBO) work through methods such as subcontract partnerships; nonprofit training; program design development; ECBO staff training.

5.  Expected Performance Outcomes

The expected performance outcomes will be based on the proposed programs and should be listed in the program design of the proposal (Section III, 3.2).

6.  Budget

The overall agreement will be for 1 year total, with possible options to extend an additional two years. Additional years' funding will be contingent on available funding. See funding on page one of this proposal for estimated budget totals.

Total awarded amounts will be contingent on the number of selected proposals. Within their proposal, Bidders are required to submit a line-item budget with a narrative justification. Proposals will be scored with respect to feasibility of the budget requested.

Services provided with RSS and ASA funds must not supplant services provided under other federal and ORR funded sources (e.g., TANF, Matching Grant, and Preferred Communities). Bidders should deliberately design their programs to complement, not duplicate, other federal funded activities.

**Staff trainings, conferences, and other activities, not relevant the Program Purpose, are not reimbursable through this grant.**

## Section III: PROPOSAL

1. Bidder Information

Representative's[1] Name:

Representative's Phone Number:

Representative's email address:

Bidding Organization's Name:

Bidding Organization's address:

Bidding Organization is incorporated in what state?:

Bidding Organization's SIGMA address code[2]:

Bidding Organization's Unique Entity ID Number[3]:

Number of years operating:

Number of employees and/or organization members:

Type of Organization (Private, non-profit; Private, proprietary; Public; University)[4]:

Bidding Organization's Fiscal Year Begin Date:

Name of Parent Organization, if applicable:

Address of Parent Organization, if applicable:

Does the bidding organization represent an Iran-linked business, as defined in MCL 129.312? (Yes or No):

---

[1] Authorized by the organization's governing body to represent the organization for the purposes of the submission of a proposal and agreement negotiation.

[2] Identified when registering in the state of Michigan's Statewide Integrated Governmental Management Application (SIGMA) system. Write "N/A" if bidding organization does not have a SIGMA address code. To register and receive a SIGMA address code, please visit the following website: Welcome to CGI Advantage Vendor Self Service Portal: Home (michigan.gov)

[3] Write "N/A" if bidding organization does not have a UEI number. Visit https://sam.gov/content/home to get a UEI.

[4] Individuals are private proprietary.

Has there been a recent change in the organizational structure (e.g. management team) or a change of control (merger or acquisition)? (Yes or No)

If yes, why? How has it affected the bidding organization?

Has the bidding organization ever been debarred, suspended, or otherwise disqualified from bidding, proposing, or contracting with any governmental entity, including the State of Michigan? (Yes or No):

If yes, provide the date, governmental entity, and details surrounding the action

Has the bidding organization ever been sued by the State of Michigan?

If yes, provide the date, case caption, case number, and identify the court in which the case was filed.

Has the bidding organization ever sued the State of Michigan?

If yes, provide the date, case caption, case number, and identify the court in which the case was filed.

Within the past five years, has the bidding organization defaulted on a government contract or been terminated for cause by any governmental entity, including the State of Michigan? (Yes or No):

If yes, provide the date of action, contracting entity, type of contract, and details surrounding the termination or default.

Within the past five years, has the bidding organization defaulted on a contract or been terminated for cause by any private entity in which similar service or products were being provided by the bidder organization? (Yes of No):

If yes, provide the date of action, contracting entity, type of contract, and details surrounding the termination or default.

Is the bidding organization a disabled veteran-owned business/organization[5]? (Yes[6] of No):

---

[5] "Qualified Disabled Veteran," as defined by Public Act 431 of 1984, means a business entity that is at least 51% owned by one or more veterans with a service-connected disability. The Act defines "Service-Connected Disability" as a disability incurred or aggravated in the line of active military, naval, or air service as defined in 38 USC 101 (16).

[6] If **yes**, the representative warrants that the bidding organization meets the above criteria and has provided the following supportive documentation: 1) Proof of service and conditions of discharge: DD214 or equivalent; 2) Proof of service-

RFP No. RSS25-001

Did the representative, or an employee of the bidding organization, participate in developing any component of this RFP? (Yes or No):

> If yes, describe how the representative, or an employee of the bidding organization participated.

Will the representative, or an employee of the bidding organization, participate in the evaluation of the proposals received in response to this RFP? (Yes or No):

> If yes, describe how the representative, or an employee of the bidding organization will participate in the evaluation process.

If selected and issued an agreement, does the bidding organization affirm that it agrees with the attached Standard Terms[7]? (Yes or No):

---

connected disability: DD214 if the disability was documented at discharge or Veterans Administration (VA) Rating Decision Letter or equivalent if the disability was documented after discharge; 3) Proof of ownership: Appropriate legal documents setting forth the ownership of the business entity. In lieu of the documentation identified above, the representative may also provide a copy of the business entities National Veterans Business Development Council (NVBDC) certification.

[7] LEO strongly encourages strict adherence to the standard terms. Nevertheless, the Bidder may submit proposed changes to the standard terms accompanied by a detailed explanation as to each change for LEO consideration; failure to do so will constitute the Bidder's acceptance of the standard terms. General statements, such as "the Bidder reserves the right to negotiate the standard terms", may also be considered non-responsive.

Refugee Support Services RFP

2.  Experience & Past Performance

### 2.1 Bidder's Experience – Past Projects (5 points)

Describe the bidding organization's experience from the past three years only with providing services for the community it represents that are most relevant to this RFP. List each service name, a description of the service, the timeframe during which the service was funded and/or provided, with whom the agreement and/or funding was with, and the name of a contact person for each agreement/funding source. (Note: Bidders are not required to have a history of funding with LEO-OGM to be considered for this RFP.)

### 2.2 Bidder's Experience – Populations Served (5 points)

List the principal characteristics of the target populations for whom the services listed in 2.1 were provided. Include the population (i.e. Cuban/Haitian Entrant, Refugee, Asylee, etc.) and primary languages spoken.

### 2.3 Bidder's Experience – Collaborations (5 points)

List community organizations with which the Bidder has partnered during the last three years only. Examples include ethnic community-based organizations (ECBOs), faith-based organizations (FBOs), refugee resettlement agencies (RAs), local health departments (LHDs), local Michigan Works Agencies (MWAs), local government offices, employers, etc. Include the organization type and a description of the collaborative programs.

3.  Program Design

### 3.1 Identified Need (20 points)

Describe your community's need for RSS and/or ASA funding and justification for the proposed services and program design. Include descriptions of economic, social, cultural, linguistic, or any other barriers which prevent community members from accessing refugee social services. Provide citations to backup claims (i.e., published and non-published information such as interviews with community members and stakeholder, peer reviewed articles, community listening sessions, local reports and news, literature reviews, etc.). Describe additional funding sources available to serve eligible populations and how funding will complement and not duplicate existing services.

### 3.2 Program Design (35 points)

Provide a description of your proposed program(s). Include the proposed: 1) target population, 2) supported activities (Section II, 4), and 3) outcomes and metrics of the supported activities you plan to track during the life of the program. Describe how your program will be designed to address the unique needs of your target population identified in Question 3.1.

**3.3 Program Implementation (10 Points)**

Provide a description of how your proposed program(s) will be implemented. Include 1) the hiring plan of culturally proficient and competent staff, including a description of staff roles, copies of job descriptions, and training opportunities, 2) timeline for availability of supported activities, and 3) plans to address activities needed in the community but not allowable under this funding.

4.   Program Budget Narrative

**4.1 Budget (10 points)**

Provide an estimated program budget (in U.S. dollars) for one year (10/1/2024 – 9/30/2025). Refer to Section II.3 and Section II.6, for instructions.

*If bidding for RSS and ASA funding, the budgets must be separated.*

RSS Base Funding

Salaries:

Fringe Benefits:

Occupancy:

Communication:

Supplies:

Equipment:

Transportation:

Contractual Services:

Specific Assistance:

Miscellaneous

RSS ASA Funding

Salaries:

Fringe Benefits:

Occupancy:

Communication:

Supplies:

Equipment:

Transportation:

Contractual Services:

Specific Assistance:

Miscellaneous


**4.2 Budget Narrative (10 points)**

Provide a narrative description for all categories listed in Question 4.1. Totals should be calculated for each category. If bidding for multiple programs using all or one of the funding types, refer to Section II.3 and Section II.6, for instructions.

*If bidding for RSS and ASA funding, the narrative descriptions must be separated.*

<u>RSS Base Funding</u>

Salaries:
List positions funded by the grant. Include % FTE, salary, etc.

Fringe Benefits:
Health Insurance, FICA, Life Insurance, etc.

Occupancy:
Rent, Mortgage, Utilities, etc.

Communication:
Internet, mobile phones, advertising costs, etc.

RFP No. RSS25-001

Supplies:
Paper, pens, paper clips, etc.

Equipment:
Printers, Computers, Cell Phones, Rented Equipment, etc.

Transportation:
Mileage, Van Leases, etc.

Contractual Services:
Compensation paid by the Contractor to a third party.

Specific Assistance:
Funding used for a specific client and for a specific purpose. Including payment for skills trainings, certifications, etc.

Miscellaneous:
Any costs not represented by the above categories. Examples include Human Resources, Accounting, IT costs, etc.


RSS ASA Funding

Salaries:
List positions funded by the grant. Include % FTE, salary, etc.

Fringe Benefits:
Health Insurance, FICA, Life Insurance, etc.

Occupancy:
Rent, Mortgage, Utilities, etc.

Communication:
Internet, mobile phones, advertising costs, etc.

Supplies:
Paper, pens, paper clips, etc.

Equipment:
Printers, Computers, Cell Phones, Rented Equipment, etc.

Transportation:

Refugee Support Services RFP

Mileage, Van Leases, etc.

Contractual Services:
Compensation paid by the Contractor to a third party.

Specific Assistance:
Funding used for a specific client and for a specific purpose. Including payment for skills trainings, certifications, etc.

Miscellaneous:
Any costs not represented by the above categories. Examples include Human Resources, Accounting, IT costs, etc.