# Exhibit C

**From:** Adams, Nicole (LEO) <AdamsN2@michigan.gov>
**Sent:** Monday, September 9, 2024 3:25:52 PM
**To:** Estela Gonzalez <egonzalez@bethany.org>; Logan Presnell <lpresnell@bethany.org>; Jamie Prewozniak <jprewozniak@bethany.org>; Bailey Cardwell <bcardwell@bethany.org>
**Cc:** Halilovic, Simone (LEO) <HalilovicS@michigan.gov>; Cabanaw, Benjamin (LEO) <CabanawB@michigan.gov>
**Subject:** Employment and Post Resettlement Transition

Good afternoon,

Our office has been communicating about the transition of employment and post-resettlement services and outlined the expectations below.

- BCS can stop taking RCA referrals as of 9/15/2024, but all referrals including name and contact information should be communicated to Chris Cavanaugh and his respective teams.
- BCS (Grand Rapids) can waitlist any new post-resettlement client that does not have an immediate need. However, all clients should be assessed for emergency needs that cannot wait for the transition so that we can ensure no client is affected by the change in provider.
- All clients who will be closed and transferred to Samaritas should be given verbal or written communication of the change.
- All active clients in the DMS should be ended dated 9/30/2024.
- All employment placements on or before July 2, 2024 require employment retention details to be completed.
- OGM will communicate the changes and transition plan to the Kent and Kalamazoo MDHHS offices.

Please let me know if you have any questions or concerns.

Nicole

Nicole T. Adams
(she/her)
Refugee Administrative Manager
Deputy State Refugee Coordinator
Office of Global Michigan
adamsn2@michigan.gov | 517.242.6960

Get personalized voter information on early voting and other topics at Michigan.gov/Vote.

NOTICE:

This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you have received this communication in error, please do not distribute it. Please notify the sender by e-mail at the address shown and delete the original message. Thank you.

Este e-mail es solamente para el uso del individuo o la entidad a la cual se dirige y puede contener informacion privilegiada, confidencial y exenta de acceso bajo la ley aplicable. Si usted ha recibido esta comunicacion por error, por favor no lo distribuya. Favor notificar al remitente del e-mail a la direccion mostrada y elimine el mensaje original. Gracias.