# Exhibit D

## Refugee Social Services (RSS25-0001)

**Proposal Number:** 6
**Bidding Organization:** Bethany Christian Services (Kent)

### Experience & Past Performance — 15 points available

| Category | # | Question | Available Points | Points Awarded | Comments / Reason for Deduction |
|---|---|---|---|---|---|
| Bidder's Experience: Past Projects | 2.1-a | Does the bidder have a history of working with populations that align with the service specifications in this RFP? | 3 | 3.00 | |
| | 2.1-b | For each agreement/funding source, did the bidder provide a service name, a description of the service, the timeframe during which the service was funded and/or provided, with whom the agreement and/or funding was with, and the name of the contact person? | 2 | 2.00 | |
| Bidder's Experience: Populations Served | 2.2 | Did the bidder provide principle characteristics, including the population (i.e. Cuban/Haitian Entrant, Refugee, Asylee, etc.) and primary language(s) spoken? | 5 | 4.00 | Bidder listed 19 projects in section 2.1 but only provided principle characteristics for 11. |
| Bidder's Experience: Collaborations | 2.3 | To what degree has the bidder demonstrated the ability to collaborate with, or otherwise utilize local resources within their community? | 5 | 5.00 | |
| | | **Total Points Awarded for Experience & Past Performance** | | **14.00** | |

### Program Design — 65 points available

| Category | # | Question | Available Points | Points Awarded | Comments / Reason for Deduction |
|---|---|---|---|---|---|
| Identified Need | 3.1-a | How well has the bidder demonstrated an understanding of the service area and the needs of the targeted populations? | 8 | 5.00 | The bidder was underwhelming in their demonstration of the needs of the targeted population. |
| | 3.1-b | Did the bidder describe the economic, social, cultural, linguistic, or any other barriers which prevent community members from accessing refugee social services? | 5 | 2.50 | Underwhelming description of barriers. (did not mention transportation or employment related needs) |
| | 3.1-c | Did the bidder provide citations to backup claims? | 2 | 2.00 | |
| | 3.1-d | Did the bidder describe additional funding sources available to serve eligible populations and how funding will complement and not duplicate existing services? | 5 | 2.50 | Bidder was underwhelming regarding additional funding sources. Bidder did not describe how funding will complement and not duplicate existing services. |
| Program Design | 3.2-a | How well did the bidder describe of the proposed program(s)? | 15 | 14.00 | Outcomes and metrics were not SMART. Did not describe the number of anticipated clients to serve in RES or RPRS programs. |
| | 3.2-b | Did the bidder propose 1) target population, 2) supported activities (Section II, 4), and 3) outcomes and metrics of the supported activities planned to track during the life of the program(s)? | 10 | 8.00 | Outcomes and metrics were not SMART. |
| | 3.2-c | Did the bidder describe how the program(s) will be designed to address the unique needs of the target population identified in 3.1? | 10 | 8.00 | Program design reflected needs that were not described in 3.1. |
| Program Implementation | 3.3-a | How well has the bidder describe the program(s) implementation? | 3 | 1.00 | Bidder did not adequately address a compliance plan for the non-discrimination and DEI contract components. |
| | 3.3-b | Did the bidder describe a hiring plan of culturally proficient and competent staff that represent the cultural, national origin, and religions of the newcomer populations being served? | 3 | 0.00 | Bidder did not describe an acceptable plan. |
| | 3.3-c | Did the bidder describe training opportunities for staff? | 1 | 0.50 | Bidder did not describe the types of required trainings or offered to staff. |
| | 3.3-d | Did the bidder provide a timeline for availability of supported activities? Has the bidder identified a number of additional individuals needed to successfully fulfill the goal and activities listed in this RFP? Were the roles explained and were job descriptions included? | 2 | 1.50 | Bidder provided start date but no timeline. |
| | 3.3-e | Did the bidder describe plans to address activities needed in the community but not allowable under this funding? | 1 | 0.00 | Bidder did not answer. |
| | | **Total Points Awarded for Program Design** | | **45.00** | |

### General Program Design — 0 points available

| Category | # | Question | Available Points | Points Awarded | Comments / Reason for Deduction |
|---|---|---|---|---|---|
| County/Counties: | 3.3 | What county/counties were proposed for the program service(s)? | 0 | | Kent |
| Program(s): | 3.3 | What program(s) were proposed? (RES and/or | 0 | | RES, RPRS |
| Funding: | 3.3 | What funding type(s) were proposed? (RSS and/or ASA) | 0 | | RSS & ASA |
| | | **Total Points Awarded for General** | | **0.00** | |

### Program Budget Proposal — 20 points available

| Category | # | Question | Available Points | Points Awarded | Comments / Reason for Deduction |
|---|---|---|---|---|---|
| Budget | 4.1 | Did the bidder propose a realistic budget within the estimated award amount for the program(s)? | 10 | 7.00 | Unknown if realistic as bidder did not identify number of clients to be served. Budget is not justified |
| Narrative | 4.2 | Did the bidder provide a thorough description for each of the categories listed in Chart 4.1., per program for the first fiscal year? | 10 | 10.00 | |
| | | **Total Points Awarded for Program Budget Proposal** | | **17.00** | |

| | | **Total Points Awarded** | | **76.00** |

## Refugee Social Services (RSS25-0001)

**Proposal Number:** 3
**Bidding Organization:** Bethany Christian Services (Kalamazoo)

### Experience & Past Performance — 15 points available

| Category | # | Question | Available Points | Points Awarded | Comments / Reason for Deduction |
|---|---|---|---|---|---|
| Bidder's Experience: Past Projects | 2.1-a | Does the bidder have a history of working with populations that align with the service specifications in this RFP? | 3 | 3.00 | |
| | 2.1-b | For each agreement/funding source, did the bidder provide a service name, a description of the service, the timeframe during which the service was funded and/or provided, with whom the agreement and/or funding was with, and the name of the contact person? | 2 | 2.00 | |
| Bidder's Experience: Populations Served | 2.2 | Did the bidder provide principle characteristics, including the population (i.e. Cuban/Haitian Entrant, Refugee, Asylee, etc.) and primary language(s) spoken? | 5 | 5.00 | |
| Bidder's Experience: Collaborations | 2.3 | To what degree has the bidder demonstrated the ability to collaborate with, or otherwise utilize local resources within their community? | 5 | 4.00 | Several collaboratives were outside proposed county with underwhelming description of lack of collaborative opportunities in Kalamazoo county. |
| | | **Total Points Awarded for Experience & Past Performance** | | **14.00** | |

### Program Design — 65 points available

| Category | # | Question | Available Points | Points Awarded | Comments / Reason for Deduction |
|---|---|---|---|---|---|
| Identified Need | 3.1-a | How well has the bidder demonstrated an understanding of the service area and the needs of the targeted populations? | 8 | 8.00 | |
| | 3.1-b | Did the bidder describe the economic, social, cultural, linguistic, or any other barriers which prevent community members from accessing refugee social services? | 5 | 5.00 | |
| | 3.1-c | Did the bidder provide citations to backup claims? | 2 | 2.00 | |
| | 3.1-d | Did the bidder describe additional funding sources available to serve eligible populations and how funding will complement and not duplicate existing services? | 5 | 5.00 | |
| Program Design | 3.2-a | How well did the bidder describe of the proposed program(s)? | 15 | 15.00 | |
| | 3.2-b | Did the bidder propose 1) target population, 2) supported activities (Section II, 4), and 3) outcomes and metrics of the supported activities planned to track during the life of the program(s)? | 10 | 10.00 | |
| | 3.2-c | Did the bidder describe how the program(s) will be designed to address the unique needs of the target population identified in 3.1? | 10 | 10.00 | |
| Program Implementation | 3.3-a | How well has the bidder describe the program(s) implementation? | 3 | 1.00 | Bidder did not adequately address a compliance plan for the non-discrimination and DEI contract components. |
| | 3.3-b | Did the bidder describe a hiring plan of culturally proficient and competent staff that represent the cultural, national origin, and religions of the newcomer populations being served? | 3 | 0.00 | Bidder did not describe an acceptable plan. |
| | 3.3-c | Did the bidder describe training opportunities for staff? | 1 | 0.50 | Bidder did not describe the types of required trainings or offered to staff. |
| | 3.3-d | Did the bidder provide a timeline for availability of supported activities? Has the bidder identified a number of additional individuals needed to successfully fulfill the goal and activities listed in this RFP? Were the roles explained and were job descriptions included? | 2 | 1.50 | Dec. 2024. - Unclear why bidder would not start Oct. 1. |
| | 3.3-e | Did the bidder describe plans to address activities needed in the community but not allowable under this funding? | 1 | 1.00 | |
| | | **Total Points Awarded for Program Design** | | **59.00** | |

### General Program Design — 0 points available

| Category | # | Question | Available Points | Points Awarded | Comments / Reason for Deduction |
|---|---|---|---|---|---|
| County/Counties: | 3.3 | What county/counties were proposed for the program service(s)? | 0 | | Kalamazoo |
| Program(s): | 3.3 | What program(s) were proposed? (RES and/or | 0 | | RES |
| Funding: | 3.3 | What funding type(s) were proposed? (RSS and/or ASA) | 0 | | RSS & ASA |
| | | **Total Points Awarded for General** | | **0.00** | |

### Program Budget Proposal — 20 points available

| Category | # | Question | Available Points | Points Awarded | Comments / Reason for Deduction |
|---|---|---|---|---|---|
| Budget | 4.1 | Did the bidder propose a realistic budget within the estimated award amount for the program(s)? | 10 | 10.00 | Budget is high for proposed number of clients. |
| Narrative | 4.2 | Did the bidder provide a thorough description for each of the categories listed in Chart 4.1., per program for the first fiscal year? | 10 | 10.00 | |
| | | **Total Points Awarded for Program Budget Proposal** | | **20.00** | |
| | | **Total Points Awarded** | | **93.00** | |

**Remote Refugee Social Services (RSS25-0002)**

Proposal Number: 1
Bidding Organization: Bethany Christian Services of Michigan

## Experience & Past Performance — 15 points available

| Criterion | # | Question | Available Points | Points Awarded | Comments / Reason for Deduction |
|---|---|---|---|---|---|
| Bidder's Experience: Past Projects | 2.1-a | Does the bidder have a history of working with populations that align with the service specifications in this RFP? | 3 | 3.00 | |
| | 2.1-b | For each agreement/funding source, did the bidder provide a service name, a description of the service, the timeframe during which the service was funded and/or provided, with whom the agreement and/or funding was with, and the name of the contact person? | 2 | 2.00 | |
| Bidder's Experience: Populations Served | 2.2 | Did the bidder provide principle characteristics, including the population (i.e. Cuban/Haitian Entrant, Refugee, Asylee, etc.) and primary language(s) spoken? | 5 | 5.00 | |
| Bidder's Experience: Collaborations | 2.3 | To what degree has the bidder demonstrated the ability to collaborate with, or otherwise utilize local resources within their community? | 5 | 4.00 | Bidder mentions working with employers but had underwhelming employer collaborations. |
| | | **Total Points Awarded for Experience & Past Performance** | | **14.00** | |

## Program Design — 65 points available

| Criterion | # | Question | Available Points | Points Awarded | Comments / Reason for Deduction |
|---|---|---|---|---|---|
| Identified Need | 3.1-a | How well has the bidder demonstrated an understanding of the rural service areas and the needs of the targeted populations? | 8 | 3.00 | Underwhelming context on the local region, but bidder did not elaborate on specific needs of refugee/ORR populations. Bidder did not mention the need for technology or internet. |
| | 3.1-b | Did the bidder describe the economic, social, cultural, linguistic, or any other barriers which prevent community members from accessing mainstream refugee social services? | 5 | 2.00 | Bidder did not describe economic, cultural or linguistic barriers. Bidder only focused on barriers of living in a rural community. |
| | 3.1-c | Did the bidder provide citations to backup claims? | 2 | 2.00 | |
| | 3.1-d | Did the bidder describe additional funding sources available to serve eligible populations and how funding will complement and not duplicate existing services? | 5 | 4.00 | Underwhelming description of additional funding sources available to serve populations in rural areas. |
| Program Design | 3.2-a | How well did the bidder describe of the proposed program(s)? | 10 | 8.00 | Plan for intakes w/in 14 days of arrival does is not realistic for the arrival pathways or region served. Social adjustment services designed specifically toward one population. |
| | 3.2-b | Did the bidder propose 1) target regions and population, 2) supported activities (Section II, 4), and 3) outcomes and metrics of the supported activities planned to track during the life of the program(s)? | 10 | 8.00 | Target population includes clients from Ukraine and Afghanistan but does not consider other ORR populations. Bidder does not mention other ORR eligible populations needing remote services apart from individuals they resettle. |
| | 3.2-c | Did the bidder describe methods to establish partnerships with existing social service agencies, school districts, health departments, and other relevant partners or impacted community organizations in identified areas to be served? If not, has the bidder identified alternative and realistic methods to connect the target population to services? | 10 | 7.00 | Bidder describes intention to develop new and existing partnerships but does not describe the methods for doing so. |
| | 3.2-d | Did the bidder describe how the program(s) will be designed to address the unique needs of the target population identified in 3.1? | 5 | 2.50 | Underwhelming methods to address needs of providing services in a rural area. Spoke into needs of Ukrainian population and mentioned Afghans. |
| Program Implementation | 3.3-a | How well has the bidder describe the program(s) implementation? | 3 | 1.00 | Bidder does not adhere to Non-Discrimination & Diversity, Equity, and Inclusion Practices requirements. Underwhelming training opportunitites and outreach. |
| | 3.3-b | Did the bidder describe a hiring plan of culturally proficient and competent staff that represent the cultural, national origin, and religions of the newcomer populations being served?? | 2 | 0.00 | Bidder did not describe an acceptable plan. |
| | 3.3-c | Did the bidder describe staff roles and training opportunities? | 1 | 0.50 | Underwhelming description of training opportunities. Unclear description of how staff are allocated to program. |
| | 3.3-d | Has the bidder identified plans for outreach in rural communities to clients and service providers? | 2 | 1.00 | Outreach focused on Ukrainian community. emphasis on engaging 'leaders' and faith based partners |
| | 3.3-e | Did the bidder provide a timeline for availability of supported activities? | 1 | 1.00 | |
| | 3.3-f | Did the bidder describe plans to address activities needed in the community but not allowable under this funding? | 1 | 1.00 | |
| | | **Total Points Awarded for Program Design** | | **41.00** | |

## General Program Design — 0 points available

| Criterion | # | Question | Available Points | Points Awarded | Comments / Reason for Deduction |
|---|---|---|---|---|---|
| County/Counties | 3.3 | What county/counties were proposed for the program service(s)? | 0 | | Alcona, Alpena, Antrim, Benzie, Charlevoix, Cheboygan, Crawford, Emmet, Grand Traverse, Iosco, Kalkaska, Leelanau, Manistee, Missaukee, Montmorency, Ogemaw, Oscoda, Otsego, Presque Isle, Roscommon, and Wexford. |
| Program(s) | 3.3 | What programs were proposed? (RES and/or | 0 | | RES & RPRS |
| | | **Total Points Awarded for General** | | **0.00** | |

## Program Budget Proposal — 20 points available

| Criterion | # | Question | Available Points | Points Awarded | Comments / Reason for Deduction |
|---|---|---|---|---|---|
| Budget | 4.1 | Did the bidder propose a realistic budget within the estimated award amount for the program(s)? | 10 | 9.50 | Bidder did not calculate total amount. |
| Narrative | 4.2 | Did the bidder provide a thorough description for each of the categories listed in Chart 4.1., per program for the first fiscal year? | 10 | 10.00 | |
| | | **Total Points Awarded for Program Budget Proposal** | | **19.50** | |
| | | **Total Points Awarded** | | **74.50** | |