UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETHANY CHRISTIAN SERVICES, et al.,

    Plaintiffs,

v.

SUSAN CORBIN, et al.,

    Defendants.
_____/

Case No. 1:24-cv-922

HON. JANE M. BECKERING

## ORDER

Pending before the Court is Defendants' Motion to Dismiss (ECF No. 39). On December 17, 2024, Plaintiffs filed a First Amended Complaint (ECF No. 41). Because the First Amended Complaint supersedes Plaintiffs' earlier Complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendants' motion to dismiss the earlier Complaint is moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (ECF No. 39) is DISMISSED as moot.

Dated: December 19, 2024

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge