UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETHANY CHRISTIAN SERVICES; BETHANY CHRISTIAN SERVICES OF MICHIGAN; and BETHANY CHRISTIAN SERVICES USA, LLC,

        Plaintiffs,

v

SUSAN CORBIN, in her official capacity as director of the MICHIGAN DEPARTMENT OF LABOR AND ECONOMIC OPPORTUNITY; POPPY SIAS HERNANDEZ, in her official capacity as Executive Director of the OFFICE OF GLOBAL MICHIGAN, and BEN CABANAW, in his official capacity as Deputy Director of the OFFICE OF GLOBAL MICHIGAN.

        Defendants.
_____/

Case No.  1:24-cv-0922-JMB-PJG

HON. JANE M. BECKERING

MAG. PHILLIP J. GREEN

**STIPULATED ORDER TO WAIVE SERVICE OF PROCESS ON DEFENDANT CABANAW AND TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**

Plaintiffs Bethany Christian Services, Bethany Christian Services of Michigan, and Bethany Christian Services USA LLC (collectively "Bethany Christian") and Defendants Susan Corbin, in her official capacity as the Director of the Department of Labor and Economic Opportunity, Poppy Hernandez, in her official capacity as the Executive Director of the Office of Global Michigan, and Ben Cabanaw, in his official capacity as Deputy Director of the Office of Global Michigan (collectively "Defendants"), hereby stipulate as follows:

WHEREAS, Bethany Christian filed a First Amended Complaint on December 17, 2024.

WHEREAS, Defendant Cabanaw has stipulated to waive formal service and that service of the summons and the First Amended Complaint is deemed completed on December 18, 2024 (the date the Summons was issued).

WHEREAS, Defendants and Bethany Christian have stipulated to Defendants filing an answer to the complaint by January 24, 2025, or filing a motion in lieu of an answer by January 17, 2025.

IT IS HEREBY ORDERED that service of the Summons and First Amended Complaint on Defendant Cabanaw is deemed to have been completed on December 18, 2024, and that Defendants' deadline to respond to Bethany Christian's First Amended Complaint with an answer is January 24, 2025, and Defendants' deadline to respond to Bethany Christian's First Amended Complaint with a motion in lieu of an answer is January 17, 2025.

Dated: December 23, 2024

/s/ Jane M. Beckering
HON. JANE M. BECKERING
District Court Judge

STIPULATED BY:

Date: December 23, 2024

*/s/Matthew Nelson* (with permission)
Jonathan E. Lauderbach (P51313)
Matthew T. Nelson (P64768)
Katherine G. Boothroyd (P85881)
Daniel S. Brookins (P86665)
WARNER NORCROSS + JUDD LLP
150 Ottawa Ave NW, Ste. 1500
Grand Rapids, MI 49503
(616) 752-2000
jlauderbach@wnj.com
mnelson@wnj.com
kboothroyd@wnj.com
dbrookins@wnj.com

Lori D. Kepner
Steven T. McFarland
Center For Law & Religious Freedom
CHRISTIAN LEGAL SOCIETY
8001 Braddock Road, Suite 302
Springfield, VA 22151

*Attorneys for Plaintiffs*

Date: December 23, 2024

*/s/Jason Hawkins*
Jessica L. Mullen (P80489)
Jason Hawkins (P71232)
Gallant Fish (P82196)
Assistant Attorneys General
Department of Attorney General
Labor Division
P.O. Box 30736
Lansing, MI 48909
(517) 335-7641
mullenj2@michigan.gov
hawkinsj@michigan.gov
fishg2@michigan.gov

*Attorneys for Defendants*