UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| BETHANY CHRISTIAN SERVICES; BETHANY CHRISTIAN SERVICES OF MICHIGAN; and BETHANY CHRISTIAN SERVICES USA, LLC, | No. 1:24-cv-00922 |
| | Hon. Jane M. Beckering |
| Plaintiffs, | Magistrate Hon. Philip J. Green |
| v. | |
| SUSAN CORBIN, in her official capacity as Director of the MICHIGAN DEPARTMENT OF LABOR AND ECONOMIC OPPORTUNITY; POPPY SIAS HERNANDEZ, in her official capacity of Executive Director of the OFFICE OF GLOBAL MICHIGAN; and BEN CABANAW in his official capacity as Deputy Director of the OFFICE OF GLOBAL MICHIGAN, | |
| Defendants. | |

/

# PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY INJUNCTION

# ORAL ARGUMENT REQUESTED

# EXPEDITED CONSIDERATION REQUESTED

Plaintiffs Bethany Christian Services Bethany, Christian Services of Michigan, and Bethany Christian Services USA, LLC (collectively, "Bethany Christian") move for entry of a preliminary of injunction under Rule 65 of the Federal Rules of Civil Procedure ordering that:

- Defendants must preserve the status quo regarding Bethany Christian's provision of refugee-related services in the Grand Rapids, Kalamazoo, and Traverse City areas under the contracts identified in the Stipulated Preliminary Injunctive Order (ECF No. 35, PageID.675);
- Defendants must further maintain the funding established in the Stipulated Order except where the federal government is no longer providing funding; and
- Defendants are enjoined from transitioning services to other providers from Bethany Christian pending final judgment in this action.

Additionally, given the immediate and irreparable harm Bethany Christian is facing due to the expiration of the Stipulated Order on September 30, 2025, Bethany Christian respectfully requests expedited consideration of this motion. Specifically, Bethany Christian requests that this Court hold an evidentiary hearing on the motion and issue an order on this motion by September 30, 2025. Expedited consideration is within the Court's authority, as "[d]istrict courts ordinarily enjoy broad discretion in matters of pretrial management, scheduling, and docket control." *Kimble v. Hoso*, 439 F.3d 331, 336 (6th Cir. 2006).

This motion is supported by the accompanying Brief in Support, the Exhibits to that Brief, and the documents already filed in this case.

In compliance with Local Rule 7-1, Bethany Christian's counsel emailed counsel for the Defendants on August 26, 2025 to notify counsel for Defendants of Bethany Christian's intent for file this motion for a preliminary injunction if the Stipulated Order was not extended. Counsel met on August 28, 2025, and counsel for Defendants indicated their opposition to extending the Stipulated Order.

| | |
|---|---|
| Date:  September 3, 2025 | */s/ Matthew T. Nelson*<br>Matthew T. Nelson (P64768)<br>Daniel S. Brookins (P86665)<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Ave NW, Ste. 1500<br>Grand Rapids, MI 49503<br>616.752.2000<br>mnelson@wnj.com<br>dbrookins@wnj.com<br><br>Jonathan E. Lauderbach (P51313)<br>Katherine G. Boothroyd (P85881)<br>WARNER NORCROSS + JUDD LLP<br>715 East Main Street, Suite 110<br>Midland, MI 48640<br>989.698.3700<br>jlauderbach@wnj.com<br>kboothroyd@wnj.com<br><br>Lori D. Kepner<br>Steven T. McFarland<br>Center For Law & Religious Freedom<br>CHRISTIAN LEGAL SOCIETY<br>8001 Braddock Road, Suite 302<br>Springfield, VA 22151<br><br>*Attorneys for Plaintiffs Bethany Christian Services, Bethany Christian Services of Michigan, and Bethany Christian Services USA, LLC* |