UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETHANY CHRISTIAN SERVICES; BETHANY CHRISTIAN SERVICES OF MICHIGAN; and BETHANY CHRISTIAN SERVICES USA, LLC,

Plaintiff,

v

SUSAN CORBIN, in her official capacity as Director of the MICHIGAN DEPARTMENT OF LABOR AND ECONOMIC OPPORTUNITY; POPPY SIAS HERNANDEZ, in her official capacity as Executive Director of the OFFICE OF GLOBAL MICHIGAN; BEN CABANAW, in his official capacity as Deputy Director of the OFFICE OF GLOBAL MICHIGAN,

Defendant.

No. 24-cv-922

HON. JANE M. BECKERING

MAG. PHILLIP J. GREEN

---

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the accompanying brief, Defendants Susan Corbin, Poppy Sias Hernandez, and Eva Alexander move for an order granting summary judgment under Federal Rule of Civil Procedure 56, dismissing all claims with prejudice, and granting Defendants such further relief as the Court deems just and appropriate.

Respectfully submitted,

*/s/ Kyla L. Barranco*

Kyla L. Barranco (P81082)
Assistant Solicitor General
Ryan Wier (P83886)
Assistant Attorney General
Marla Linderman Richelew (P55759)
Neil Giovanatti (P82305)
Assistant Attorney General
Attorneys for Defendants
P.O. Box 30212
Lansing, MI 48909
(517) 335-7628
BarrancoK@michigan.gov

Dated: October 9, 2026