UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BETHANY CHRISTIAN SERVICES; BETHANY CHRISTIAN SERVICES OF MICHIGAN; and BETHANY CHRISTIAN SERVICES USA, LLC,

Plaintiffs,

v.

SUSAN CORBIN, in her official capacity as director of the MICHIGAN DEPARTMENT OF LABOR AND ECONOMIC OPPORTUNITY; POPPY SIAS HERNANDEZ, in her official capacity as Executive Director of the OFFICE OF GLOBAL MICHIGAN; and EVA ALEXANDER in her official capacity as Acting Deputy Director of the OFFICE OF GLOBAL MICHIGAN,

Defendants.

Case No. 1:24-cv-0922-JMB-PJG

Hon. Jane M. Beckering

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

**Oral Argument Requested**

For the reasons stated in the accompanying brief in support, Plaintiffs Bethany Christian Services, Bethany Christian Services of Michigan, and Bethany Christian Services USA, LLC (collectively "Bethany Christian"), hereby move for summary judgment on Counts I, II, III, and IV of their Second Amended Complaint.

Pursuant to W.D. Mich. Local Rule 7.1(d)(i), Plaintiffs contacted Defendants on September 25, 2026 via email to ascertain whether this Motion will be opposed. Defendants confirmed their opposition.

Respectfully submitted,

Date: October 9, 2026

/s/Daniel S. Brookins
Jonathan E. Lauderbach (P51313)
Matthew T. Nelson (P64768)
Daniel S. Brookins (P86665)
Alexia A. Jansen (P84788)
Katrin B. Kelley (P88133)
WARNER NORCROSS + JUDD LLP
150 Ottawa Ave NW, Ste. 1500
Grand Rapids, MI 49503
616.752.2000
jlauderbach@wnj.com
mnelson@wnj.com
dbrookins@wnj.com
ajansen@wnj.com
kkelley@wnj.com

Lori D. Kepner
Steven T. McFarland
Center For Law & Religious Freedom
CHRISTIAN LEGAL SOCIETY
8001 Braddock Road, Suite 302
Springfield, VA 22151

*Attorneys for Plaintiffs Bethany Christian Services, Bethany Christian Services of Michigan, and Bethany Christian Services USA, LLC*